UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GEORGE LEROY CLOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00402-JPH-MJD |
| T.J. WATSON, et al. | ) ) ) |
| Defendants. | ) |

**ORDER**

Plaintiff George Leroy Clowers, an inmate at Terre Haute U.S. Penitentiary, filed this civil rights action on October 28, 2021. He has not yet paid the filing fee and the Court has not screened his complaint.

Before the Court is Mr. Clowers' motion titled "Unrelated Emergency Complaint." Dkt. [9]. Mr. Clowers alleges that the conditions of his confinement are cruel and unusual and include mold under his bed, a leaking roof, plumbing problems, and a lack of heat. He also asks for protection from retaliation. These allegations are unrelated to the claims raised in Mr. Clowers' complaint.

Mr. Clowers' motion must be denied because he cannot seek injunctive relief based on conduct not alleged in his complaint. *See* Fed. R. Civ. P. 65(d)(2); *Robinson v. Wallace*, 2020 WL 5544041, at *2 (S.D. Ind. Sep. 16, 2020) ("A court may only grant a motion for injunctive relief if there is a relationship between the injury claimed in the motion and the conduct alleged in the complaint.").

Furthermore, to the extent he seeks an injunction to protect him against further retaliation, no injunction is required because the law already prohibits the defendants from retaliating against

Mr. Clowers. *See Watkins v. Kasper*, 599 F.3d 791, 798 (7th Cir. 2010) (discussing inmates' constitutionally protected right to litigate concerns about their conditions of imprisonment). In view of these constitutional duties, Mr. Clowers has not presented specific allegations that support an inference that he is at immediate risk of an irreparable injury. See Fed. R. Civ. P. 65(b)(1)(A).

Accordingly, his motion for unrelated emergency complaint, dkt. [9], is **denied**. Should Mr. Clowers wish to pursue claims related to the allegations in his motion, he may file a separate lawsuit after exhausting available administrative remedies.

**SO ORDERED.**

Date: 12/7/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

GEORGE LEROY CLOWERS
44705-007
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808